**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA,**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re:<br><br>EVAN PHILLIP JOWERS,<br><br>    Debtor.<br><br>_____ | Case No: 24--13584-MAM<br><br>Chapter 11 |
| COUNSEL HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EVAN PHILLIP JOWERS,<br><br>    Defendant.<br>_____ | Adv. Case No.: 24-01338-MAM |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Setting Briefing Schedule on Motion to Dismiss Counterclaims* (Doc. 17) was served via the Court's CM/ECF system to David A Ray, Esq. on behalf of Defendant Evan Phillip Jowers, dray@draypa.com, draycmecf@gmail.com, simone.draypa@gmail.com and via U.S. mail to: Evan Phillip Jowers, 4 17th Ave S., Lake Worth, FL 33460 on this 1st day of October, 2024.

                              **LORIUM LAW**
                              *Attorneys for Plaintiff*
                              101 N.E. Third Avenue, Suite 1800
                              Fort Lauderdale, Florida 33301
                              Telephone:    (954) 462-8000
                              Facsimile:    (954) 462-4300

                              By:  */s/ Jason E. Slatkin*
                                   Jason E. Slatkin
                                   Florida Bar No. 040370
                                   jslatkin@loriumlaw.com

7631.001