United States Bankruptcy Court

Southern District of Florida

Counsel Holdings, Inc.,
    Plaintiff

Jowers,
    Defendant

Adv. Proc. No. 24-01338-MAM

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2024 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 01 2024 23:16:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 01 2024 23:15:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 01 2024 23:15:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2024 23:15:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 01 2024 23:16:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 01 2024 23:15:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-9 | User: admin | Page 2 of 2
Date Rcvd: Oct 01, 2024 | Form ID: pdf004 | Total Noticed: 13

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Oct 01 2024 23:16:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A Ray, Esq. | on behalf of Defendant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |

TOTAL: 3



**ORDERED in the Southern District of Florida on October 1, 2024.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 24-13584-MAM |
| Evan Phillip Jowers,<br>    Debtor(s).<br>_____/ | Chapter 11 |
| Counsel Holdings, Inc.,<br>    Plaintiff(s),<br>v. | Adv. Proc. No.: 24-01338-MAM |
| Evan Phillip Jowers,<br>    Defendant(s).<br>_____/ | |
| Evan Phillip Jowers,<br>    Counter-Claimant(s),<br>v. | |
| Counsel Holdings, Inc.,<br>    Counter-Defendant(s).<br>_____/ | |

## ORDER SETTING BRIEFING SCHEDULE ON MOTION
## TO DISMISS COUNTERCLAIMS

THIS MATTER came before the Court upon a motion to dismiss (ECF No. 16) (the "Motion") filed by Counsel Holdings, Inc. ("Movant(s)") seeking to dismiss counterclaims asserted by Evan Phillip Jowers ("Respondent(s)"). Having reviewed the Motion, the Court **ORDERS** that:

1. Respondent(s) may file a responsive pleading (the "Response") to the Motion on or before **October 23, 2024.** If Respondent(s) elect(s) to file a Response, the title of the Response shall reference the ECF number of the Motion. The Response must not exceed 10 pages in length, including any accompanying memoranda of law. If Respondent(s) choose(s) to submit supplemental documentation, each document must be filed as an individual exhibit to the Response. Failure to timely file a Response may result in the Court granting the Motion.

2. Movant(s) may file a reply (the "Reply") to the Response on or before **November 6, 2024**. If Movant(s) elect(s) to file a Reply, the Reply shall not exceed 5 pages in length. If Movant(s) choose(s) to submit supplemental documentation, each document must be filed as an individual exhibit to the Reply. On the same date as submission of the Reply, Movant(s) shall file a notice informing the Court that briefing is complete (the "Notice of Completion of Briefing").[1]

3. The Response(s) and Reply(-ies) **must provide pinpoint citations** identifying (i) contested allegations by paragraph, (ii) the purported legal basis for dismissal (or lack thereof), and (iii) authority for the parties' asserted arguments

---

[1] The Notice of Completion of Briefing must be uploaded to CM/ECF using the "Notice of Filing" event code.

(which must include procedural rules, statutory references, and relevant case law). **<u>Failure to provide the Court with clear, accurate, and precise citations may result in the Court striking the relevant factual or legal assertion(s)</u>**.

      4. The Response(s) and Reply(-ies) shall be formatted with 12-point font (preferably Times New Roman or Century Schoolbook) and double-spacing of paragraphs. **<u>Failure to adhere to page limitations may result in the Court striking the portion of the submission that exceeds the stated limitations</u>**.[2]

###

Copy furnished to:

Jason Slatkin, Esq., Attorney for Movant(s)

*Attorney for Movant(s) must serve this Order upon all interested parties and file a conforming certificate of service.*

---

[2] Parties must seek and obtain entry of an order allowing excessive briefing prior to submission of any document that exceeds the page limitations stated herein.