## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re**<br>**EVAN P. JOWERS,**<br>　　Debtor. | **Case No. 24-13584-MAM** |
| **COUNSEL HOLDINGS, INC.,**<br>　　Plaintiff,<br>v.<br>**EVAN PHILLIP JOWERS,**<br>　　Defendant | **Adv. Pro. No. 24-01338-MAM** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS BY ROBERT E. KINNEY

PLEASE TAKE NOTICE that Robert E. Kinney, Attorney at Law, on behalf of creditor, Counsel Holdings, Inc., and pursuant to Bankruptcy Rule 9010, hereby enters his appearance in the above-captioned case and requests that notice of all matters herein be duly served on him at the address set forth below.

Request is hereby also made for timely service of copies of all papers, including, but not limited to, reports, pleadings, motions, answering or reply papers, applications or petitions, disclosure statements, plan, schedules and any other documents filed in the above-captioned case. Specifically, such papers should be served on the following email addresses:

1. robert@kinneypc.com
2. kinneyrob888@recap.email

Dated: October 5, 2024          Respectfully Submitted,

         /s/ Robert E. Kinney
         Robert E. Kinney (pro hac vice)
         Texas State Bar No. 00796888

         **Robert E. Kinney**
         824 West 10th Street, Suite 200
         Austin, Texas 78701
         Tel: (512) 636-1395
         Robert@KinneyPC.com