UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,    Chapter 11

       Debtor.    Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

       Plaintiff,

v.    Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

       Defendant.
_____/

**DEFENDANT AND COUNTER-PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND (a)(2)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and (a)(2), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, Defendant and Counter-Plaintiff ("Jowers") submits the following initial disclosures. Jowers will amend and/or supplement these disclosures as it becomes necessary under the Federal Rules of Civil Procedure.

    A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

    1.    Evan Phillip Jowers, Defendant and Counter-Plaintiff;

2. Plaintiff and counter-defendant's ("CHI") person most knowledgeable as to allegations and affirmative defenses;

3. Jowers further identifies any and all individuals disclosed by the CHI in CHI's Initial Rule 26(a) Disclosures or otherwise as this matter proceeds;

4. Jowers reserves the right to supplement the information contained herein to list additional individuals identified in discovery or otherwise as this matter proceeds.

B. A copy of, or a description of category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

1. Pursuant to Federal Rule 26(a)(1)(B), relevant documents include the Complaints and exhibits, answers and exhibits if any, and the bankruptcy schedules and statement of financial affairs filed by the Debtor, these documents are on file with the Court.

2. Jowers identifies any and all documents produced by CHI, Defendant or Debtor in response to written discovery or other request.

3. Jowers identifies any and all transcripts of 341 meetings of creditors, hearings, or depositions in the main bankruptcy case or this proceeding.

4. Jowers identifies any and all documents and/or categories of documents disclosed by CHI in the Defendant's Initial Rule 26(a) Disclosures or otherwise identified and/or produced in discovery or otherwise as this matter proceeds.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or

other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

      1.    Pending.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or indemnity or reimburse for payments made to satisfy the judgment.

      1.    Not applicable.

**Dated this the 11th day of October, 2024.**

                      David A. Ray, P.A.
                      *Counsel for Defendant*
                      *and Counter-claimant*
                      303 Southwest 6th Street
                      Fort Lauderdale, Florida 33315
                      Tel: (954) 399-0105

                      By: /s/ David A Ray
                      David A. Ray
                      Florida Bar No. 13871
                      Email: dray@draypa.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2024, the foregoing was served electronically upon all parties registered receive such service in this case.

                      /s/David A. Ray
                      David A. Ray