UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                                    Chapter 11

              Debtor.                              Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

              Plaintiff,
v.                                                      Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

              Defendant.
_____/

## NOTICE OF TAKING DEPOSITION *DUCES TECUM*

**PLEASE TAKE NOTICE** that Defendant, Evan Phillip Jowers ("Defendant")**,** by and through counsel, and pursuant to Rule 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, will examine the following person(s) under oath, at the following date, time and location:

**DEPONENT:** Counsel Holdings, Inc.'s person most knowledgeable as to the allegations of the Adversary Complaint in above-captioned proceeding
**DATE:**       January 15, 2025
**TIME:**       10:00 a.m. (E.S.T.)
**LOCATION:  500 NE 4th Street, Suite 200, Fort Lauderdale, FL 33301**

If the Examinee requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the deposition. The deposition will be recorded by stenographic or audio means.

The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law and shall continue day to day until completed.  If the deponent receives this notice less than seven (7) days prior to the scheduled examination date (or less than ten (10) days if deponent is taking place outside of Florida), the deposition will be rescheduled upon timely request to a mutually agreeable time.  Any objection must be heard prior to the taking of the deposition.

## REQUEST FOR PRODUCTION OF DOCUMENTS

The Deponent is requested to produce via electronic mail the documents listed on the attached Schedule "A" at or before 10:00 a.m. on January 8, 2024, to dray@draypa.com.

**Dated: December 23, 2024.**

> David A. Ray, P.A.
> Counsel for Defendant
> 303 Southwest 6th Street
> Fort Lauderdale, Florida 33315
> Tel: (954) 399-0105
>
> By: /s/ David A Ray
> David A. Ray
> Florida Bar No. 13871
> Email: dray@draypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2024, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served upon parties in interest on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

> /s/ David A Ray
> David A. Ray

.

## SCHEDULE "A"

### Definitions

1.      The term "document" is synonymous in meaning and equal in scope to the usage of the term as used in Fla. R. Civ. P. 1.350(a) and Fla. R. Civ. P. 1.280(b) and includes, but is not limited to, the original, and any preliminary draft, or subsequent version or copy of the original version which is different from the original because of  notations on such copy or otherwise, of all correspondence, including e-mail correspondence, telegrams, teletype messages, memoranda to the file(s), pencil jottings, fax cover sheets, diary entries, ledgers, desk calendar entries, work sheets, notes or reported recollections or other written form of notations of events or intentions, transcripts, recordings of conversations and telephone calls, message slips, books, records, photographs, videos, video tapes, reports, tabulations, charts, books of account, invoices, bills, checks, financial statements, purchase orders, receipts, and any other documents or records not subject to the attorney/client privilege or any other privilege, together with any documents thereto, or enclosures therewith.  The term "documents" shall include data stored, maintained or organized electronically, magnetically, or digitally through a computer medium or on or through computer equipment which is to be translated, if necessary, by you into a form which is capable of being read and understood.

2.       "And" or "or" as used herein have both conjunctive and disjunctive meanings.

3.      The term "You" or "Your" refers to the Plaintiff, as well as anyone acting or purporting to act on the party's behalf.

4.      The terms "evidencing", "supporting", "reflecting", "relate to" or "relating to" mean constitutes, refers, reflects, concerns, pertains to, describes, evidences, supports, discusses, or in any way logically or factually connects with the matter described or referenced in the request.

## **Documents to Be Produced**

1.      Any and all documents and papers of any type that you intend to rely upon in support of any allegation you have made within this proceeding.

2.      Any and all papers and documents of any type that you intend to rely upon at trial.

3.      Copies of any and all contracts, emails, texts, correspondence, statements, invoices and account records relating to the Debtor for the past four years.

4.      Any and all documents listed in your Initial Disclosure of Witnesses and Documents.