IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>EVAN PHILLIP JOWERS,<br><br>　　　Debtor. | Case No: 24--13584-MAM<br><br>Chapter 11 |
| COUNSEL HOLDINGS, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>EVAN PHILLIP JOWERS,<br><br>　　　Defendant. | Adv. Case No.: 24-01338-MAM |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Counter-Defendant Counsel Holdings, Inc.'s Motion to Dismiss or Abstain from Hearing Counterclaim, Motion for Abstention* (Doc. 26) was served via the Court's CM/ECF system to David A Ray, Esq. on behalf of Defendant Evan Phillip Jowers, dray@draypa.com, draycmecf@gmail.com, simone.draypa@gmail.com on January 2, 2025.

Dated this 6th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　**LORIUM LAW**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　101 N.E. Third Avenue, Suite 1800
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　　Telephone:　(954) 462-8000
　　　　　　　　　　　　　　　　　　　　Facsimile:　(954) 462-4300

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Jason E. Slatkin*
　　　　　　　　　　　　　　　　　　　　　　　Jason E. Slatkin
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 040370
　　　　　　　　　　　　　　　　　　　　　　　jslatkin@loriumlaw.com