IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

## JOINT MOTION TO CONTINUE
## PRETRIAL CONFERENCE AND RELATED DEADLINES

The Plaintiff and Counter-defendant, Counsel Holdings, Inc., and the Defendant, Evan P. Jowers, by and through their respective undersigned counsel, file *Joint Motion to Continue Pretrial Conference and Related Deadlines* and as grounds therefore, the parties state as follows:

1. On July 30, 2024, Plaintiff commenced the above-captioned adversary proceeding against the Defendant, Evan P. Jowers, the Debtor in the underlying bankruptcy case, by filing a complaint objecting to the dischargeability of debt. [Doc. 1].

2. The Defendant filed *Defendant's Answer, Affirmative Defenses, and Counterclaims* on September 4, 2024. [Doc. 10].

3. Plaintiff filed its *Motion to Dismiss or Abstain from Hearing Counterclaims* on September 25, 2024. [Docs. 15 and 16].

4. On October 1, 2024, the Court entered an order setting a briefing schedule. [Doc. 17].

5. Defendant responded to the *Motion to Dismiss or Abstain* on October 28, 2025. [Doc. 23].

6. Plaintiff filed its *Reply* on November 5, 2024. [Doc. 24].

7. On January 2, 2024, the Court set the Motion to Dismiss or Abstain for hearing to be held on January 28, 2025, at 11:00 a.m. [Doc. 26].

8. According to the *Order Setting Filing and Disclosure Requirements for Pre-trial and Trial*, the pretrial conference is currently scheduled for February 5, 2025.

9. In light of the fact that the *Motion to Dismiss or Abstain* is pending and the pleadings are not yet closed, until such time that they are, the parties are uncertain as to the claims that are to be adjudicated and, thus, the discovery that will be needed in connection with those claims.

10. The parties therefore jointly request a continuance of the pretrial conference and related deadlines.

WHEREFORE, the parties, by and through their respective undersigned counsel, request that this Court grant the *Motion* and grant any further relief this Court deems just and proper.

Dated this 9th day of January 2025.

| | |
|---|---|
| **LORIUM LAW** | David A. Ray, Esq. |
| *Attorneys for Plaintiff/Counterdefendant* | David A. Ray, P.A. |
| 101 N.E. Third Avenue, Suite 1800 | *Attorney for Defendant* |
| Fort Lauderdale, Florida 33301 | 303 Southwest 6th Street |
| Telephone: (954) 462-8000 | Fort Lauderdale, Florida 33315 |
| Facsimile: (954) 462-4300 | Telephone: 954-399-0105 |
| | dray@draypa.com |
| By: */s/ Jason E. Slatkin* | |
| Jason E. Slatkin | By: /s/ David A. Ray |
| Florida Bar No. 040370 | David A. Ray |
| jslatkin@loriumlaw.com | |

and

/s/ Robert E. Kinney
Robert E. Kinney (Pro Hac Vice)
Texas State Bar No. 00796888
Robert@KinneyPC.com

Robert E. Kinney
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

## Certificate of Service

I CERTIFY that a true copy of the foregoing has been served via email through the Court's CM/ECF system to David A. Ray, Esq., dray@draypa.com, draycmecf@gmail.com, simone.draypa@gmail.com on this 9th day of January 2025.

*/s/ Jason E. Slatkin*
Jason E. Slatkin

7631.001

3