IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24--13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Joint Motion to Continue Pretrial Conference and Related Deadlines* (Doc. 29) was served via the Court's CM/ECF system to David A Ray, Esq. on behalf of Defendant Evan Phillip Jowers, dray@draypa.com, draycmecf@gmail.com, simone.draypa@gmail.com on this 10th day of January, 2025.

Dated this 10th day of January, 2025.

             **LORIUM LAW**
             *Attorneys for Plaintiff*
             101 N.E. Third Avenue, Suite 1800
             Fort Lauderdale, Florida 33301
             Telephone: (954) 462-8000
             Facsimile: (954) 462-4300

          By: */s/ Jason E. Slatkin*
            Jason E. Slatkin
            Florida Bar No. 040370
            jslatkin@loriumlaw.com