United States Bankruptcy Court

Southern District of Florida

Counsel Holdings, Inc.,
    Plaintiff

Jowers,
    Defendant

Adv. Proc. No. 24-01338-MAM

## CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 2
Date Rcvd: Jan 10, 2025      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 10 2025 23:03:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 10 2025 23:02:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 10 2025 23:03:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2025 23:03:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 10 2025 23:03:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 10 2025 23:02:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: pdf004 | Total Noticed: 13 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Jan 10 2025 23:03:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A Ray, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| David A Ray, Esq. | on behalf of Defendant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |

TOTAL: 6



**ORDERED in the Southern District of Florida on January 10, 2025.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA,
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

**AGREED ORDER GRANTING JOINT MOTION TO CONTINUE
PRETRIAL CONFERENCE AND RELATED DEADLINES**

THIS CAUSE came before the Court without a hearing on the parties' *Joint Motion to Continue Pretrial Conference and Related Deadlines* (the "*Motion*") [Doc. 28], and the Court having reviewed the *Motion*, the record herein, it is

**ORDERED** that:

1. The *Motion* is GRANTED.

2. The Court shall conduct the pretrial conference on June 11, 2025, at 10:00 a.m. solely by video conference.

3. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.

4. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

5. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

6. At the pretrial conference, the Court will set the trial of this adversary proceeding.

7. The pretrial deadlines, as they relate to the date of the pre-trial conference, shall relate to the new date for the pre-trial conference set forth in paragraph 2, above.

###

Submitted by:
Jason E. Slatkin, Esq.
**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

*Attorney Slatkin is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*