UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                              Chapter 11

        Debtor.                              Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

        Plaintiff,

v.

                        Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

        Defendant.
_____/

## NOTICE OF CANCELLATION OF DEPOSITION *DUCES TECUM*

**NOTICE IS HEREBY GIVEN** of the cancellation, subject to re-noticing, of the

Deposition *Duces Tecum* of Counsel Holdings, Inc., on **January 15, 2025.**

**Dated: January 14, 2025.**

David A. Ray, P.A.
Counsel for Defendant
303 Southwest 6th Street
Fort Lauderdale, Florida 33315
Tel: (954) 399-0105

By: /s/ David A Ray _____
David A. Ray
Florida Bar No. 13871
Email: dray@draypa.com