**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

In re:   Evan Phillip Jowers,

                                  Case No. 24-13584-MAM

                  Debtor
/

COUNSEL HOLDINGS, INC.,         Adv. Case No. 24-01338-MAM

      Plaintiff,

v.

EVAN PHILLIP JOWERS,

      Defendant
_____/

**JOINT NOTICE OF SUBSTITUTION OF COUNSEL**

      Pursuant to an Order from the Court Approving the Application of Paragon Law, LLC and Kristopher Aungst, Esq. as counsel in the main bankruptcy case (24-13584) and as substitute counsel in the underlying adversary proceeding (24-01338)(D.E. 157), Paragon Law, LLC and Kristopher Aungst, hereby file this Joint Notice of Substitution of Counsel in this adversary proceeding.  Paragon Law, LLC, and Kristopher Aungst, Esq. are substituting fully into this matter for David A. Ray, P.A. and David A. Ray, Esq.  The client, Mr. Jowers has consented to this substitution.

Dated: February 20, 2025                    Respectfully submitted,

/s/ Kristopher Aungst
Kristopher Aungst, Esq.
Paragon Law, LLC
Counsel for the Debtor/Defendant
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
305-812-5443
ka@paragonlaw.miami

/s/ David A. Ray
David A Ray, Esq.
David A. Ray, P.A.
Former counsel to the Defendant
303 SW 6th Street
Ft. Lauderdale, FL 33315
954-399-0105
Email: dray@draypa.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice was served this the 20th day of February, 2025, via CM/ECF.

/s/ Kristopher Aungst
Kristopher Aungst, Esq.