**First E-mail:**

On Thu, Sep 22, 2022 at 4:28 PM Robert Kinney <robert@kinneypc.com> wrote:

It's my understanding from various sources that Evan's flushing his cash already.  When I start seizing new Audi Q-series cars that he just gifted his mother, for example, it's going to get real for him, if not sooner.  I don't know why he thinks I will not do that.

I need $200,000 if he wants any sort of stay.

Robert E. Kinney, Esq.
Attorney at Law
Mobile: +1-512-636-1395


**Second E-mail:**

From: **Robert Kinney** <robert@kinneypc.com>
Date: Thu, Sep 22, 2022 at 5:14 PM
Subject: Re: Mediation on Nov. 21, 2022
To: Robert Kinney <robert@kinneypc.com>
Cc: Kevin Cole <kevin@kjclawgroup.com>


Kevin, I realize I may be sounding too nice here.  We just offered a reasonable settlement and Evan's response was to go buy a $90K car and brag about it on Facebook. I guess I should express my intentions more clearly. Let Evan know that this and a lot of the other stuff I know he is doing right now to flush cash qualifies as fraudulent transfers.  I'm going to subpoena all his records, including his email and phone, which you won't be able to stop me from getting.  I will find out what all those transfers are, and as far as the car goes, I'm going to have the sheriff take that car away from his mom while she is watching with someone there to videotape the scene and then I'm going to put it on Youtube and send it to all to see that I did it.  I'm coming after his wife's mink coat that he spent $20K on, his bank accounts, everything.  I'm not going to get played by this joker any more. He needs to pay up.  I will literally spend the rest of my life or his coming after his business.  When he runs to a foreign country, I'll get the court to let me force placement fees he might have any connection to into the registry of the court to be sorted out later.  I'll take his trademarks, I'll take his website, and I'll take his used dental floss.  Running from this problem is NOT going to work.  Please do your best to get this across.  Many thanks.

REK

Robert E. Kinney, Esq.
Attorney at Law
Mobile: +1-512-636-1395

**Third E-mail**

On Thu, Sep 22, 2022 at 6:43 PM Robert Kinney <robert@kinneypc.com> wrote:
Take my word for it this time - it's a nice, brown Q5 or Q7, I think.  Mom looks very happy in the photo.  I'm not sure if Evan realizes that having his mom participate in a fraudulent transfer to defraud a Texas creditor will subject her to specific personal jurisdiction in Texas, ending up in seizure of that car and whatever else he's giving her. Someone needs to convince him to stop the games.

Robert E. Kinney, Esq.
Attorney at Law
Mobile: +1-512-636-1395