UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,　　　　　　　　　　Chapter 11

　　　　　Debtor.　　　　　　　　　　　　Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

　　　　　Defendant.
_____/

## NOTICE TO WITHDRAW DOCUMENT

　　　The Debtor hereby withdraws D.E. 37. The document was inadvertently combined with the Answer and Affirmative defenses.

Dated:　February 27, 2025　　　　　　　/s/ **Kristopher Aungst**
　　　　　　　　　　　　　　　　　　　Kristopher Aungst, Esq., Attorney for Debtor
　　　　　　　　　　　　　　　　　　　Fla. Bar # 55348
　　　　　　　　　　　　　　　　　　　2665 S. Bayshore Dr.,
　　　　　　　　　　　　　　　　　　　Suite 220-10
　　　　　　　　　　　　　　　　　　　Miami, FL 33133
　　　　　　　　　　　　　　　　　　　Telephone: 305-812-5443
　　　　　　　　　　　　　　　　　　　Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

　　Service of this notice was performed via BNC.

1