

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA
GAINESVILLE DIVISION

EVAN JOWERS,

    Plaintiff,

v.   Case No.: 01-2022-CA-3042, Division K

ROBERT E. KINNEY, and
MWK RECRUITING, INC.,

    Defendants

---

## ORDER

THIS CAUSE came before the Court on May 31, 2023 upon Robert E. Kinney's ("**Mr. Kinney's**") Motion to Dismiss the Original Complaint (the "**Motion**"), and the joinder of MWK Recruiting, Inc. (now known as Counsel Holdings, Inc.) ("**MWK/Counsel**") Having considered the Motion, the joinder, Plaintiff's Response and Affidavit in Opposition and Kinney's Reply in support of the Motion, and after hearing the arguments of the parties at the May 31, 2023, hearing, the Court finds and concludes as follows:

Mr. Kinney and MWK/Counsel contested jurisdiction by submitting an affidavit calling into question the basis for personal jurisdiction over them, at which time, the burden shifted to Plaintiff to present evidence demonstrating that the alleged actions of Mr. Kinney and MWK/Counsel constituted sufficient contacts with the State of Florida such as to permit the Court's exercise of jurisdiction over them. The alleged statements were made by Mr. Kinney while located in Texas to an attorney for Plaintiff located in California. Mr. Jowers has

failed to meet his burden. The Original Complaint is therefore DISMISSED because the Court lacks personal jurisdiction over defendants Mr. Kinney and MWK/Counsel.

1. The Court further finds that Florida's absolute litigation privilege applies to the allegations contained in the Original Complaint because the statements Mr. Kinney allegedly made to Plaintiff's counsel in California, Kevin Cole, were made in the course of settlement discussions related to ongoing litigation. As such, those statements were absolutely privileged and may not form the basis for this lawsuit. Therefore, the Original Complaint is DISMISSED on the basis of the litigation privilege.

2. The Court's dismissal of the Original Complaint is without prejudice to the Plaintiff's refiling of amended complaint containing sufficient allegations to establish in personam jurisdiction over the Defendants and allegations that take the above-referenced statements outside of the litigation privilege, should he wish to do so; however, any amended complaint must be filed in this Court. Plaintiff is ENJOINED from refiling the same allegations against Mr. Kinney, MWK/Counsel, or any other person in privity with them anywhere in the State of Florida other than in Alachua County at any time in the future, to the extent such allegations arise out of the same or similar ones on the Original Complaint.

**DONE AND ORDERED** on Monday, July 10, 2023.



Gloria R. Walker, Circuit Judge
01-2022-CA-003042 07/10/2023 11:19:22 AM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies have been furnished via filing with the Florida Courts E-Filing Portal on Monday, July 10, 2023, to the following:

Charisma Calloway, Judicial Assistant
01-2022-CA-003042 07/10/2023 02:40:25 PM