UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                            Chapter 11

       Debtor.                                    Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

       Plaintiff,
v.                                              Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

       Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Counsel for the Debtor will be out of the country from March 21 to March 28, 2025, and would respectfully request that no hearings be set during that time frame.

Dated:    March 12, 2025            /s/ **Kristopher Aungst**
                                    Kristopher Aungst, Esq., Attorney for Debtor
                                    Fla. Bar # 55348
                                    2665 S. Bayshore Dr.,
                                    Suite 220-10
                                    Miami, FL 33133
                                    Telephone: 305-812-5443
                                    Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

Service of this notice was performed via BNC.

1