UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                             Chapter 11

       Debtor.                                              Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

       Plaintiff,
v.                                                              Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

       Defendant.
_____/

**CERTIFICATE OF SERVICE**
**and**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 2002(B) and 9073-1(B)**

I certify that a true copy of the *Re-Notice of Hearing* (Adv. D.E. 42) was served via the CM/ECF noticing system on all interested parties on March 12, 2025.

I further certify that the conferral requirements were met in this particular matter.

/s/ Kristopher Aungst
Signature of Attorney for Serving Party
Kristopher Aungst
Print Name
2665 S. Bayshore Dr., Suite 220-20,
Miami, FL 33133
305-812-5443
Telephone
55348
Fla. Bar No.

1