UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,   Chapter 11

     Debtor.   Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

     Plaintiff,

v.   Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

     Defendant.
_____/

**CERTIFICATE OF SERVICE**
**and**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 2002(B) and 9073-1(B)**

    I certify that a true copy of the Agreed Order Appointing Settlement Judge (D.E. 49) and Notice to Parties Participating in Judicial Settlement Conference (D.E. 50) were served via the CM/ECF noticing system on all interested parties on March 17, 2025.

/s/ Kristopher Aungst
Signature of Attorney for Serving Party
Kristopher Aungst
Print Name
2665 S. Bayshore Dr., Suite 220-20
Miami, FL 33133
305-812-5443
Telephone
55348
Fla. Bar No.

1