IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Setting Briefing Schedule on Motion to Dismiss Counterclaims* (Doc. 54) was served via the Court's CM/ECF system to all parties listed on the attached Service List on March 19, 2025.

Dated this 19th day of March, 2025.

                                                  LORIUM LAW
                                                  *Attorneys for Plaintiff*
                                                  101 N.E. Third Avenue, Suite 1800
                                                  Fort Lauderdale, Florida 33301
                                                  Telephone:    (954) 462-8000
                                                  Facsimile:     (954) 462-4300

                                                By:  */s/ Jason E. Slatkin*
                                                     Jason E. Slatkin
                                                     Florida Bar No. 040370
                                                     jslatkin@loriumlaw.com

**SERVICE LIST**

Kristopher Aungst, Esq. on behalf of Counter-Claimant Evan Phillip Jowers
ka@paragonlaw.miami, ka@paragonlaw.miami

Kristopher Aungst, Esq. on behalf of Defendant Evan Phillip Jowers
ka@paragonlaw.miami, ka@paragonlaw.miami

Robert E Kinney on behalf of Counter-Defendant Counsel Holdings, Inc.
robert@kinneypc.com, kinneyrob888@recap.email

Robert E Kinney on behalf of Plaintiff Counsel Holdings, Inc.
robert@kinneypc.com, kinneyrob888@recap.email