United States Bankruptcy Court
Southern District of Florida

Counsel Holdings, Inc.,
    Plaintiff

Jowers,
    Defendant

Adv. Proc. No. 24-01338-MAM

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 2
Date Rcvd: Mar 17, 2025      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 17 2025 23:30:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 17 2025 23:29:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 17 2025 23:30:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2025 23:30:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 17 2025 23:30:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 17 2025 23:29:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2025 23:29:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2025 23:29:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 17 2025 23:30:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2025 23:29:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2025 23:29:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2025 23:29:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf004 | Total Noticed: 13 |

| Recip | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Mar 17 2025 23:30:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025                                           Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Kristopher Aungst, Esq. | on behalf of Defendant Evan Phillip Jowers ka@paragonlaw.miami  ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers ka@paragonlaw.miami  ka@paragonlaw.miami |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |

TOTAL: 6



**ORDERED in the Southern District of Florida on March 17, 2025.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 24-13584-MAM |
| | Chapter 11 |
| EVAN PHILLIP JOWERS, | |
| Debtor(s). | |
| _____/ | |
| COUNSEL HOLDINGS, INC., | |
| Plaintiff(s), | |
| v. | Adv. Proc. No. 24-01338-MAM |
| EVAN PHILLIP JOWERS, | |
| Defendant(s). | |
| _____/ | |

### AGREED ORDER APPOINTING SETTLEMENT JUDGE

This matter came before the Court on the Parties' Agreed Motion for a Judicial Settlement Conference (D.E. 48). The Court has determined that appointment of a

Page 1 of 3

judicial officer as a settlement judge is necessary and appropriate to facilitate settlement of certain matters.

Accordingly, it is ORDERED as follows:

1. United States Bankruptcy Judge Paul G. Hyman, Jr. (the "Settlement Judge") is appointed as a settlement judge to assist in resolving disputes between or among Counsel Holdings, Inc. and Evan Phillip Jowers. The Settlement Judge may add or drop parties that must participate in the settlement process. Each party added to the settlement process by the Settlement Judge is also bound by the terms of this Order. Each party is authorized and directed to take all steps necessary or appropriate regarding scheduling, preparing, and participating in settlement conferences with the Settlement Judge.

3. To schedule a settlement conference, the parties are directed to follow the procedures on the Settlement Judge's webpage: https://www.flsb.uscourts.gov/judges/judge-paul-g-hyman-jr-recall. The Settlement Judge will enter a *Notice to Parties Participating in Judicial Settlement Conference*. The parties are bound by all provisions of such Notice and the same are incorporated in full in this Order.

4. The appointment of the Settlement Judge and related processes **DO NOT DELAY OR STAY** any otherwise applicable discovery deadlines, pretrial hearing dates, briefing schedules, or trial schedules, unless separately ordered by this Court.

5. Fed. R. Bankr. P. 7016, incorporating Fed. R. Civ. P. 16(c)(2)(I), applies to all matters that are the subject of this Order. Fed. R. Bankr. P. 9014(c). The appointment of the Settlement Judge is an assignment of the subject matters by the presiding judge to the Settlement Judge solely for the purpose of convening "pretrial conferences" with a goal to reach a settlement. The Settlement Judge is appointed because of their judicial position as a United States Bankruptcy Judge and acts in such capacity. By serving as a settlement judge, the Settlement Judge performs judicial duties. Administrative Order 2024-05. Accordingly, the Settlement Judge and all judiciary employees assisting the Settlement Judge have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections accorded to a United States Bankruptcy Judge and to judiciary employees, regarding any matters arising from or related to the Settlement Judge's role as settlement judge.

6. By participating in the settlement process, all parties automatically:

   a) waive and are unable to assert against the Settlement Judge or any judiciary employees assisting with the settlement process any claims or causes of action that arise from or relate to the settlement process; and

      b)      waive and are unable to seek to compel from the Settlement Judge or from any judiciary employees assisting with the settlement process any oral or written testimony, document production (including, without limitation, regarding any records, reports, summaries, notes, communications, or other documents received or made by the Settlement Judge or any judiciary employees while serving in such capacity), or other participation whatsoever in any judicial, arbitral, or other proceeding of any kind.

The Settlement Judge may, in the Settlement Judge's sole discretion, require that the parties sign an agreement memorializing the above understandings, among other provisions, before agreeing to serve as a settlement judge.

      7.      Pursuant to 28 U.S.C. § 652(d), all documents created for the settlement process and statements by the parties, attorneys, the Settlement Judge, any judiciary employees, or other participants that are presented or made during the settlement process will in all respects be privileged, not reported, not recorded, not placed into evidence, not made known to the Court, and not construed for any purpose as an admission.  Notwithstanding the foregoing, with the consent of all parties to a judicial settlement conference, the Settlement Judge may memorialize the resolution at a judicial settlement conference through the use of the recording capabilities of a video communications platform or other recording medium.

      8.      No party is bound by any statement made or act taken during the settlement process unless a settlement is reached by the parties.  If a settlement is reached, the settlement terms must be reduced to writing or memorialized through the use of the recording capabilities of a video communications platform or other recording medium.

      9.      The Court has and retains exclusive jurisdiction and power regarding all matters arising from or related to (i) this Order and (ii) the Settlement Judge's role as settlement judge.

###

Copies Furnished To:

*Kristopher Aungst, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*