United States Bankruptcy Court
Southern District of Florida

Counsel Holdings, Inc.,
    Plaintiff

Jowers,
    Defendant

Adv. Proc. No. 24-01338-MAM

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 2
Date Rcvd: Mar 19, 2025      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 19 2025 23:25:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 19 2025 23:24:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 19 2025 23:24:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2025 23:24:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 19 2025 23:24:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 19 2025 23:24:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 19 2025 23:23:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 19 2025 23:23:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 19 2025 23:25:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 19 2025 23:23:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 19 2025 23:23:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 19 2025 23:23:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdf004 | Total Noticed: 13 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 19 2025 23:25:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025               Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Kristopher Aungst, Esq. | on behalf of Defendant Evan Phillip Jowers ka@paragonlaw.miami  ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers ka@paragonlaw.miami  ka@paragonlaw.miami |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |

TOTAL: 6



**ORDERED in the Southern District of Florida on March 19, 2025.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No.: 24-13584-MAM |
| Evan Phillip Jowers,<br>    Debtor(s). | Chapter 11 |
| _____/ | |
| Counsel Holdings, Inc.,<br>    Plaintiff(s), | Adv. Proc. No.: 24-01338-MAM |
| v. | |
| Evan Phillip Jowers,<br>    Defendant(s). | |
| _____/ | |

## ORDER SETTING BRIEFING SCHEDULE ON
## MOTION TO DISMISS COUNTERCLAIMS

Counsel Holdings, Inc., plaintiff and counter-defendant ("Movant(s)"), filed a motion to dismiss (ECF No. 43) (the "Motion") amended counterclaims set forth in ECF No. 39. The Court reviewed the Motion, has held a preliminary hearing, and

**ORDERS** that:

1. Evan Phillip Jowers, defendant and counter-plaintiff ("Respondent(s)"), may file a responsive pleading (the "Response") on or before **March 24, 2025.** The Response must not exceed **10** pages in length, including any accompanying memoranda of law.

2. Movant(s) may file a reply (the "Reply") to the Response on or before **March 31, 2025**. The Reply must not exceed **5** pages in length.

3. For every document submitted to the Court, the submitting party must do the following:

   a. Bookmark each submission (including exhibits) by section,[1] and

   b. Upload each supplemental document (if any) to the Response or Reply as individual exhibits.

4. On the same date as submission of the Reply, Movant(s) must file a notice informing the Court that briefing is complete (the "Notice of Completion of Briefing").[2]

5. Response(s) and Reply(-ies) must provide pinpoint citations identifying (i) contested allegations by paragraph, (ii) the basis for legal arguments, and (iii) authority for the parties' asserted arguments. Failure to provide the Court with

---

[1] *See* https://www.adobe.com/acrobat/hub/learn-to-add-bookmarks-to-a-pdf.html.

[2] The Notice of Completion of Briefing must be uploaded to CM/ECF using the "Notice of Filing" event code.

clear, accurate, and precise citations may result in the Court striking the relevant factual or legal assertion(s).

6. The Response(s) and Reply(-ies) must use 12-point font (preferably Times New Roman or Century Schoolbook) and double-spaced paragraphs. Failure to adhere to page limitations may result in the Court striking the portion of the submission that exceeds the stated limitations.[3]

###

Copy furnished to:

Jason E. Slatkin, Esq., Attorney for Movant(s)

*Attorney for Movant(s) must serve this Order on all interested parties and file a certificate of service.*

---

[3] Parties must seek and obtain entry of an order allowing excessive briefing prior to submission of any document that exceeds the page limitations stated herein.