# RETURN OF SERVICE

**State of Florida**  **County of BROWARD**  **Circuit Court**

Case Number: CACE-23-013248


OJF2023029078

Plaintiff:
**COUNSEL HOLDINGS, INC.**

vs.

Defendant:
**EVAN P. JOWERS**

For:
JASON E. SLATKIN
LORIUM LAW
101 NE THIRD AVE
STE 1800
FT. LAUDERDALE, FL 33301

Received by OJF SERVICES INC. on the **9th** day of November, 2023 at 6:00 pm to be served on ZERMAY LAW, P.A. C/O R.A: ZACHARY ZERMAY, ESQ., 203 LABELLE AVENUE, FT. MYERS, FL 33905.

I, DAVID MCGONIGAL., do hereby affirm that on the **13th** day of November, 2023 at 5:30 pm, I:

Served the within named business entity by delivering the **WRIT OF GARNISHMENT** to: ZACHARY ZERMAY as **Registered Agent**, at the address of **203 LABELLE AVENUE, FT. MYERS, FL 33905** and informed said person of the contents therein, pursuant to F.S. 48.091. Abode

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525.

DAVID MCGONIGAL.
ID #157182

OJF SERVICES INC.
13727 Sw 152nd St
Pmb 354
Miami, FL 33177
(954) 929-4215

Our Job Serial Number: OJF-2023029078
Ref: 7631.001

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Filing # 185760500 E-Filed 11/08/2023 03:26:16 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: CACE-23-013248

COUNSEL HOLDINGS, INC., a Texas corporation, a successor by merger with MWK Recruiting, Inc.,

    Plaintiff,

vs.

EVAN P. JOWERS, individually,

    Defendant,

and

ZERMAY LAW, P.A.,

    Garnishee.

_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:

To All Singular the Sheriffs of the State:

YOU ARE COMMANDED to summon garnishee, Zermay Law, P.A., c/o Zachary Z. Zermay, Esq., Registered Agent, 203 Labelle Avenue, Fort Myers, FL 33905, to serve an answer to this writ on plaintiff, or plaintiff's attorney, whose name and address is Jason E. Slatkin, Esq., Lorium Law, 101 N.E. 3rd Avenue, Suite 1800, Fort Lauderdale, Florida 33301 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the plaintiff or plaintiff's attorney or immediately thereafter, stating whether the garnishee is indebted to the defendant, Evan P. Jowers, at the time of the answer or was

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/08/2023 03:26:14 PM.****

CASE NO.: CACE-23-013248

indebted at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant, Evan P. Jowers, the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant, Evan P. Jowers, or who may have any of the property of the defendant, Evan P. Jowers, in their possession or control. The amount set in plaintiff's motion is $3,640,132.60, plus interest at the legal rate from September 19, 2022.

DATED ON:   NOV 09 2023  , 2023.

BRENDA FORMAN
Clerk of the Court

By:_____
Deputy Clerk

BRENDA D. FORMAN