# RETURN OF SERVICE

**State of Florida**  **County of BROWARD**  **Circuit Court**

Case Number: CACE-23-013248

Plaintiff:
**COUNSEL HOLDINGS, INC.**

vs.

Defendant:
**EVAN P. JOWERS**



OJF2023029079

For:
JASON E. SLATKIN
LORIUM LAW
101 NE THIRD AVE
STE 1800
FT. LAUDERDALE, FL 33301

Received by OJF SERVICES, INC. on the 9th day of November, 2023 at 6:01 pm to be served on **ALEXANDER P. ALMAZAN, P.A. D/B/A ALMAZAN LAW; C/O R.A: A&R CONSULTANTS, LLC, 7901 LLUDLAM ROAD, SUITE 100, MIAMI, FL 33143**.

I, GREG SCHULTE, do hereby affirm that on the **14th day of November, 2023** at **10:15 am**, I:

**CORPORATE SERVED:** by delivering a true copy of the **WRIT OF GARNISHMENT** with the date and hour of service endorsed thereon by me, to: **DANIELA PINEDA**, who is **EMPLOYEE AT A & R CONSULTANTS, LLC**, registered agent for **ALEXANDER P. ALMAZAN, P.A. D/B/A ALMAZAN LAW; C/O R.A: A&R CONSULTANTS, LLC,** at the address of: **7901 LLUDLAM ROAD, SUITE 100, MIAMI, FL 33143**, and informed said person of the contents therein, in compliance with either federal or state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

GREG SCHULTE
CPS #245

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2023029079
Ref: 7631.001

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/15/2023 04:50:00 PM.****

Filing # 185760500 E-Filed 11/08/2023 03:26:16 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: CACE-23-013248

COUNSEL HOLDINGS, INC., a Texas corporation, a successor by merger with MWK Recruiting, Inc.,

    Plaintiff,

vs.

EVAN P. JOWERS, individually,

    Defendant,

and

ALEXANDER P. ALMAZAN, P.A., d/b/a ALMAZAN LAW,

    Garnishee.

_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:

To All Singular the Sheriffs of the State:

YOU ARE COMMANDED to summon garnishee, Alexander P. Almazan, P.A., d/b/a Almazan Law, c/o A&R Consultants, LLC, Registered Agent, 7901 Ludlam Road, Suite 100, Miami, Fl 33143, to serve an answer to this writ on plaintiff, or plaintiff's attorney, whose name and address is Jason E. Slatkin, Esq., Lorium Law, 101 N.E. 3rd Avenue, Suite 1800, Fort Lauderdale, Florida 33301 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the plaintiff or plaintiff's attorney

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/08/2023 03:26:14 PM.****

CASE NO.: CACE-23-013248

or immediately thereafter, stating whether the garnishee is indebted to the defendant, Evan P. Jowers, at the time of the answer or was indebted at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant, Evan P. Jowers, the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant, Evan P. Jowers, or who may have any of the property of the defendant, Evan P. Jowers, in their possession or control. The amount set in plaintiff's motion is $3,640,132.60, plus interest at the legal rate from September 19, 2022.

DATED ON: \_\_\_\_\_NOV 09 2023\_\_\_\_\_, 2023.

BRENDA FORMAN
Clerk of the Court

By:_____
Deputy Clerk

BRENDA D. FORMAN