IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

**COUNTER-DEFENDANT COUNSEL HOLDINGS, INC.'S
NOTICE OF COMPLETION OF BRIEFING**

Counsel Holdings, Inc., by and through undersigned counsel, files this *Notice of Completion of Briefing* with respect to *Counter-defendant Counsel Holding, Inc.'s Motion to Dismiss Amended Counterclaims or for Abstention*. [Doc. 43].

Dated this 1st day of April 2025.

**LORIUM LAW**
*Attorneys for Plaintiff/Counter-defendant*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:   (954) 462-8000
Facsimile:   (954) 462-4300

By:  */s/ Jason E. Slatkin*
      Jason E. Slatkin
      Florida Bar No. 040370
      jslatkin@loriumlaw.com

*Adv. Case No.: 24-01338-MAM*

## **<u>Certificate of Service</u>**

I CERTIFY that a true copy of the foregoing has been served via email through the Court's CM/ECF system to Kris Aungst, Esq., ka@paragonlaw.miami   Zachary Z. Zermay, Esq., zach@zermaylaw.com on this 1st day of April 2025.

*/s/ Jason E. Slatkin*
Jason E. Slatkin
