UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re EVAN PHILLIP JOWERS,   Chapter 11

Debtor.   Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

Plaintiff,
 v.   Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Counsel for the Debtor will be out of the country from June 6, 2025, through June 20, 2025, and would respectfully request that no hearings or deadlines be set during that time frame.

Dated:   April 9, 2025   **/s/ Kristopher Aungst**
Kristopher Aungst, Esq., Attorney for Debtor
Fla. Bar # 55348
2665 S. Bayshore Dr.,
Suite 220-10
Miami, FL 33133
Telephone: 305-812-5443
Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

Service of this notice was performed via BNC.

1