UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| In re EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. _____/ | Case No. 24-13584-MAM |
| COUNSEL HOLDINGS, INC., | |
| Plaintiff, v. | Adv. Pro. No.: 24-01338-MAM |
| EVAN PHILLIP JOWERS, | |
| Defendant. _____/ | |

**AGREED MOTION TO CONTINUE
PRE-TRIAL HEARING AND EXTEND RELATED DEADLINES**

The Defendant, with the consent of the Plaintiff, requests a continuation of the pre-trial conference in the above captioned adversary, currently set for June 11, 2025, to the July 9, 2025, pre-trial calendar date, as counsel for the Defendant will be out of the country from June 6, 2025, through June 20, 2025, and is unavailable for the June 11, 2025, date. The Defendant, also with Plaintiff's consent, further requests that due to the extended date and the participation of the parties in a Judicial Settlement Conference, that all dates and deadlines associated with the pre-trial be reset and relate to the continued pre-trial hearing date.

Dated:   April 9, 2025

Respectfully submitted,

   **/s/ Kristopher Aungst**
Kristopher Aungst, Esq., Attorney for Defendant

1

>Fla. Bar # 55348
>2665 S. Bayshore Dr.,
>Suite 220-10
>Miami, FL 33133
>Telephone: 305-812-5443
>Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

Service of this notice was performed via BNC on all parties.