UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,　　　　　　　　　　Chapter 11

     Debtor.　　　　　　　　　　　　　　　　Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

     Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

     Defendant.
_____/

**CERTIFICATE OF SERVICE**

I certify that a true copy of the Agreed Order Granting Motion to Continue Hearing on Pretrial Conference (D.E. 70) was served on all parties via BNC Certificate of Mailing (D.E. 71) on April 12, 2025.

                                                       /s/ Kristopher Aungst
                                                          Kristopher Aungst
                               2665 S. Bayshore Dr., Suite 220-20,
                                                              Miami, FL 33133
                                                                305-812-5443
                                                                      Telephone
                                                                            55348
                                                                      Fla. Bar No.