UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                  Case No: 24-13584-MAM
                                                                                        Chapter 11
EVAN PHILLIP JOWERS,

    Debtor(s).
_____/

COUNSEL HOLDINGS, INC.,

    Plaintiff(s),                                                          Adv. Proc. No. 24-01338-MAM

EVAN PHILLIP JOWERS,

    Defendant(s),
_____/

## NOTICE OF SCHEDULING JUDICIAL SETTLEMENT CONFERENCE

**KRISTOPHER AUNGST, ESQ** SHALL SERVE A COPY OF THIS NOTICE ON ALL COUNSEL WHO ARE NOT RECIPIENTS OF THIS NOTICE VIA CM/ECF, AND SHALL FILE A CERTIFICATE OF SERVICE OF THE SAME.

**COUNSEL FOR EACH PARTY SHALL DELIVER A COPY OF THIS NOTICE TO THEIR CLIENT AND CLIENT REPRESENTATIVE**

    A pre-settlement conference call was held in this matter on April 18, 2025. At the pre-settlement conference call, the Settlement Judge and counsel for each participating party scheduled the judicial settlement conference.

    The settlement conference will commence:
    **Date:**    May 20, 2025
    **Time:**    10:00 am
    **Location:**  video conference only using Zoom Communications, Inc.

    All provisions of the *Notice to Parties Participating in Judicial Settlement Conference* [ECF No. 50] remain in full force and effect to the extent not inconsistent with this notice.

Hon. Paul G. Hyman  
United States Bankruptcy Judge

2