UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re EVAN PHILLIP JOWERS,                        Chapter 11

           Debtor.                        Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

Plaintiff,
  v.                                                                 Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

Defendant.
_____/

**CERTIFICATE OF SERVICE**

    Service of the Notice of Judicial Settlement Conference (D.E. 73) was served on April 18, 2025, to all counsel for the parties attending the Judicial Settlement Conference with Judge Hyman by CM/ECF.

Dated:    April 28, 2025

                              Respectfully submitted,

                              **/s/ Kristopher Aungst**
                              Kristopher Aungst, Esq., Attorney for Debtor
                              Fla. Bar # 55348
                              2665 S. Bayshore Dr.,
                              Suite 220-10
                              Miami, FL 33133
                              Telephone: 305-812-5443
                              Email: ka@paragonlaw.miami