IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

## <u>AGREED MOTION TO CANCEL HEARING ON MOTION FOR SANCTIONS</u>

Plaintiff/Counter-Defendant Counsel Holdings, Inc. ("CHI"), by and through undersigned counsel, with the agreement of the Debtor, Evan P. Jowers, files this *Agreed Motion to Cancel Hearing on Motion for Sanctions* and as grounds therefore, states as follows:

1.      This is an action to deny the dischargeability of debts pursuant to § 523 of the United States Bankruptcy Code. [Doc. 1].

2.      The Debtor filed amended counterclaims on February 27, 2025. [Doc. 39].

3.      On March 12, 2025, CHI filed its motion to dismiss the amended counterclaims asserted by the Debtor. [Doc. 43].

4.      Simultaneously therewith, CHI served Debtor and his counsel with a motion for sanctions pursuant to Rule 9011, Fed.R.Bankr.P.

*Adv. Case No.: 24-01338-MAM*

5.      After expiration of the 21-day safe harbor period provided by Rule 9011, CHI filed the motion for sanctions on April 7, 2025. [Doc. 65].

6.      The Court held a hearing on CHI's motion to dismiss on April 2, 2025, at which the Court stated that because the parties have agreed to and are scheduled to participate in a judicial settlement conference on May 20, 2025, the Court deferred hearing the motion to dismiss pending the outcome of the judicial settlement conference.

7.      As to the motion for sanctions, it is currently set for hearing on May 15, 2025, at 10:00 a.m.

8.      Consistent with the Court's position with respect to hearing and ruling on the motion to dismiss, CHI, with the consent of Debtor, requests that the Court cancel the hearing on the motion for sanctions schedule for May 15, 2025, and reset the same in the event the parties do not resolve the matter at the judicial settlement conference and after the Court adjudicates the motion to dismiss the amended counterclaims.

WHEREFORE, CHI, by and through undersigned counsel, requests that the Court grant this *Motion* by entry of the *Agreed Order* attached hereto as **Exhibit "A"** and grant any further relief the Court deem just and proper.

Dated this 6th day of May 2025.

LORIUM LAW
*Attorneys for Plaintiff/Counter-defendant*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300

By:  */s/ Jason E. Slatkin*
     Jason E. Slatkin
     Florida Bar No. 040370
     jslatkin@loriumlaw.com

2

*Adv. Case No.: 24-01338-MAM*

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's CM/ECF system on Kris Aungst, Esq., ka@paragonlaw.miami and via email on Zachary

Z. Zermay, Esq., zach@zermaylaw.com, on this 6th day of May 2025.

*/s/ Jason E. Slatkin*
Jason E. Slatkin

7631.001