

EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

**AGREED ORDER GRANTING AGREED MOTION
TO CANCEL HEARING ON MOTION FOR SANCTIONS**

THIS CAUSE came before the Court without a hearing on the parties' *Agreed Motion to Cancel Hearing on Motion for Sanctions* (the "*Motion*") [Doc. __], and the Court having reviewed the *Motion*, the record herein, it is

**ORDERED** that:

1. The *Motion* is GRANTED.

2. The hearing on *Counter-Defendant Counsel Holdings, Inc.'s Motion for Sanctions Pursuant to Rule 9011(C)(1)(A)*, [Doc. 65], currently scheduled for May 15, 2025, at 10:00 a.m., [Doc. 68], is CANCELLED.

3. The hearing shall, if necessary, be reset by the Court following conclusion of the parties' judicial settlement conference and if necessary, after ruling on CHI's motion to dismiss the amended counterclaims.

###

Submitted by:
Jason E. Slatkin, Esq.
**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

*Attorney Slatkin is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*