United States Bankruptcy Court

Southern District of Florida

Counsel Holdings, Inc.,
    Plaintiff

Adv. Proc. No. 24-01338-MAM

Jowers,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-9     User: admin     Page 1 of 2
Date Rcvd: May 06, 2025     Form ID: pdf004     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 06 2025 22:45:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | May 06 2025 22:45:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 06 2025 22:45:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2025 22:45:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 06 2025 22:45:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
|---|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025                          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Kristopher Aungst, Esq. | on behalf of Attorney Kristopher Aungst ka@paragonlaw.miami  ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Defendant Evan Phillip Jowers ka@paragonlaw.miami  ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers ka@paragonlaw.miami  ka@paragonlaw.miami |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Zachary Z Zermay | on behalf of Defendant Evan Phillip Jowers zach@zermaylaw.com |
| Zachary Z Zermay | on behalf of Counter-Claimant Evan Phillip Jowers zach@zermaylaw.com |

TOTAL: 9



**ORDERED in the Southern District of Florida on May 6, 2025.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA,
### WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

### AGREED ORDER GRANTING AGREED MOTION
### TO CANCEL HEARING ON MOTION FOR SANCTIONS

THIS CAUSE came before the Court without a hearing pursuant to Local Rule 9013-1(C)(1) on the parties' *Agreed Motion to Cancel Hearing on Motion for Sanctions* (the "*Motion*") [Doc. 76], and the Court having reviewed the *Motion*, the record herein, it is

**ORDERED** that:

1. The *Motion* is GRANTED.

2. The hearing on *Counter-Defendant Counsel Holdings, Inc.'s Motion for Sanctions Pursuant to Rule 9011(C)(1)(A)*, [Doc. 65], currently scheduled for May 15, 2025, at 10:00 a.m., [Doc. 68], is CANCELLED.

3. If necessary, the Court will reset the hearing upon proper request of the parties.

###

Submitted by:
Jason E. Slatkin, Esq.
**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

*Attorney Slatkin is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*