## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA,
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Motion for Protective Order Regarding Deposition of Robert Kinney* (Doc. 86) was served via the Court's CM/ECF system to all parties listed on the attached Service List on this 21st day of May 2025.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:   (954) 462-8000
Facsimile:   (954) 462-4300

By:  */s/ Jason E. Slatkin*
     Jason E. Slatkin
     Florida Bar No. 040370
     jslatkin@loriumlaw.com

**SERVICE LIST**

Kristopher Aungst, Esq. on behalf of Attorney Kristopher Aungst
ka@paragonlaw.miami, ka@paragonlaw.miami

Kristopher Aungst, Esq. on behalf of Counter-Claimant Evan Phillip Jowers
ka@paragonlaw.miami, ka@paragonlaw.miami

Kristopher Aungst, Esq. on behalf of Defendant Evan Phillip Jowers
ka@paragonlaw.miami, ka@paragonlaw.miami

Robert E Kinney on behalf of Counter-Defendant Counsel Holdings, Inc.
robert@kinneypc.com, kinneyrob888@recap.email

Robert E Kinney on behalf of Plaintiff Counsel Holdings, Inc.
robert@kinneypc.com, kinneyrob888@recap.email

Zachary Z Zermay on behalf of Counter-Claimant Evan Phillip Jowers
zach@zermaylaw.com

Zachary Z Zermay on behalf of Defendant Evan Phillip Jowers
zach@zermaylaw.com

**LORIUM LAW**
FT. LAUDERDALE    BOCA RATON    CHICAGO    ATLANTA