UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re EVAN PHILLIP JOWERS,                    Chapter 11

            Debtor.                                    Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

Plaintiff,
  v.                                                                Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* (D.E. 85) on the *Motion to Allow Witnesses to Appear Remotely at Trial* (D.E. 81) was served via the Court's CM/ECF system to all parties on May 21, 2025.

Dated:    May 23, 2025

                                        Respectfully submitted,

                                        **__/s/ Kristopher Aungst__**
                                        Kristopher Aungst, Esq., Attorney for the Debtor
                                        Fla. Bar # 55348
                                        2665 S. Bayshore Dr.,
                                        Suite 220-10
                                        Miami, FL 33133
                                        Telephone: 305-812-5443
                                        Email: ka@paragonlaw.miami