UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  Case No. 24-13584-MAM
        Chapter 11

EVAN PHILLIP JOWERS,

    Debtor(s).
_____/

COUNSEL HOLDINGS, INC.,

    Plaintiff(s),

v.  Adv. Proc. No. 24-01338-MAM

EVAN PHILLIP JOWERS,

    Defendant(s).
_____/

## REPORT OF SETTLEMENT JUDGE

The undersigned Settlement Judge reports to the Court as follows:

☒ A. A Judicial Settlement Conference was conducted on <u>May 23, 2025</u> and resulted in the following:

    ☐ The parties reached an impasse.

    ☒ The parties settled all issues. Complete global settlement which was agreed to, and acknowledged as binding by all parties.

☐ B. The matter settled during the Pre-Settlement Conference Call.

☐ C. The matter settled after the Pre-Settlement Conference Call but prior to the Judicial Settlement Conference.

<u>Attendance:</u>
Parties and Counsel present: All that were required.

Dated: <u>5/27/2025</u>           */s/ Paul G. Hyman*

                                          Hon. Paul G. Hyman
                                        1515 N. Flagler Drive, Room 801
                                        West Palm Beach, FL 33401

Copies to:

Kristopher Aungst, Esq, Esq is hereby directed to serve a copy of this Report of Settlement Judge on all interested parties and file a Certificate of Service thereof.