IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

### AGREED MOTION TO CANCEL HEARINGS ON MOTION FOR WITNESSES TO APPEAR REMOTELY AT TRIAL, MOTION FOR PROTECTIVE ORDER AND PRETRIAL HEARING

Defendant/Counter-Plaintiff, Evan Phillip Jowers ("Jowers"), by and through undersigned counsel, with the agreement of Plaintiff/Counter-Defendant Counsel Holdings, Inc. ("CHI")(collectively, Jowers and CHI are the "Parties"), files this *Agreed Motion to Cancel Hearings on Motion for Witnesses to Appear Remotely at Trial, Motion for Protective Order and Pretrial Hearing* and as grounds therefore, states as follows:

1.     On May 15, 2025, Jowers filed his *Motion to Allow Witnesses to Appear Remotely at Trial* (D.E. 81).

2.     On May 16, 2025, CHI filed its' *Motion for Protective Order Regarding Deposition of Robert Kinney* (D.E. 82).

Adv. Case No.: *24-01338-MAM*

3. On May 16, 2025, CHI filed its *Objection to Jowers' Motion to Allow Witnesses to Appear Remotely at Trial* (D.E. 83).

4. On May 20, 2025, the Parties attended a Judicial Settlement Conference with Judge Hyman. Following that conference and with additional assistance from Judge Hyman the Parties came to a settlement agreement term sheet that was agreed to by both Parties (D.E. 89). The Parties are now working jointly to draft a 9019 Motion, Stipulation of Settlement and proposed order granting the 9019 Motion to present to the Court for approval.

5. The Court set hearings on the above Motions and Objection for June 3, 2025, at 10:00 a.m. (*See* D.E.'s 85 and 86).

6. Additionally, there are various deadlines that are approaching as provided by the Court's pretrial Order (D.E. 12), with a pretrial conference currently set for July 9, 2025, at 10:00 a.m. (D.E. 70).

7. Due to the Parties' settlement, the Parties request that the Court cancel the hearings set for June 3, 2025, and cancel the pretrial hearing set on July 9, 2025.

8. Assuming the Court grants the 9019 Motion that the Parties will shortly file with the Court, the Parties will then withdraw all pending motions in this matter.

9. To preserve the Court's time and resources, and due to the settlement, the Parties request that the Court cancel the hearings in this matter set for June 3, 2025, and the pretrial conference set on July 9, 2025.

WHEREFORE, Jowers, by and through undersigned counsel, requests that the Court grant this *Motion* by entry of the *Agreed Order* attached hereto as **Exhibit "A"** and grant any further relief the Court deem just and proper.

*Adv. Case No.: 24-01338-MAM*

| | |
|---|---|
| Dated this 29th day of May 2025. | **PARAGON LAW, LLC**<br>*Attorney for Defendant/Counter-Plaintiff*<br>2665 S. Bayshore Dr.<br>Suite 220-10<br>Miami, FL 33133<br>Telephone:   305-812-5443<br><br>By: */s/ Kristopher Aungst*<br>    Kristopher Aungst, Esq.<br>    Florida Bar No. 55348<br>    ka@paragonlaw.miami |

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on Jason Slatkin, Esq. and via email on Zachary Z. Zermay, Esq., zach@zermaylaw.com and Robert Kinney at robert@kinneypc.com and kinneyrob888@recap.email on this 29th day of May 2025.

*/s/ Kristopher Aungst*<br>Kristopher Aungst