IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No: 24-13584-MAM |
| EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. | |
| COUNSEL HOLDINGS, INC., | Adv. Case No.: 24-01338-MAM |
| Plaintiff, | |
| v. | |
| EVAN PHILLIP JOWERS, | |
| Defendant. | |

**AGREED MOTION TO CANCEL HEARINGS ON MOTION FOR WITNESSES TO APPEAR REMOTELY AT TRIAL, MOTION FOR PROTECTIVE ORDER AND PRETRIAL HEARING**

THIS CAUSE came before the Court without a hearing pursuant to Local Rule 9013-1(C)(1) on the parties' *Agreed Motion to Cancel Hearings on Motion for Witnesses to Appear Remotely at Trial, Motion for Protective Order and Pre-Trial Conference* (the "Motion")(D.E. 90), and the Court having reviewed the *Motion*, and the record herein, it is

ORDERED that:

1. The Motion is GRANTED.

2. The hearing on Jowers' *Motion to Allow Witnesses to Appear Remotely at Trial* (D.E. 81), currently scheduled for June 3, 2025, at 10:00 a.m. (D.E. 85) is CANCELLED.

3. The hearing on CHI's *Motion for Protective Order Regarding Deposition of Robert Kinney* (D.E. 82), currently scheduled for June 3, 2025, at 10:00 a.m. (D.E. 86) is CANCELLED.

4. The hearing on CHI's *Objection to Jower's Motion to Allow Witnesses to Appear Remotely at Trial* (D.E. 83), currently scheduled for June 3, 2025, at 10:00 a.m. (D.E. 85) is CANCELLED.

5. The Pre-Trial Conference (D.E. 12), currently scheduled for July 9, 2025, at 10:00 a.m. (D.E. 70) is CANCELLED

6. If necessary, the Court will reset the hearings upon proper request of the Parties.

###

.
Submitted by:
Kristopher Aungst, Esq.
Paragon Law, LLC
Attorney for Evan Phillip Jowers
2665 S. Bayshore Dr.

Suite 220-10
Miami, FL 33133
Telephone: 305-812-4-5443

*Attorney Aungst is directed to serve this Order upon all non-registered users or registered user who have yet to appear electronically in this case and file a conforming certificate of service*