UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re EVAN PHILLIP JOWERS,  Chapter 11

Debtor.  Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

Plaintiff,
  v.  Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

Defendant.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Motion to Cancel Hearings on Motion for Witnesses to Appear Remotely at Trial, Motion for Protective Order and Pretrial Hearing* (D.E. 91) was served via the Court's CM/ECF system to all parties on June 2, 2025.

Dated:    June 2, 2025

Respectfully submitted,

    **/s/ Kristopher Aungst**
Kristopher Aungst, Esq., Attorney for the Debtor
Fla. Bar # 55348
2665 S. Bayshore Dr.,
Suite 220-10
Miami, FL 33133
Telephone: 305-812-5443
Email: ka@paragonlaw.miami

1