UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| In re EVAN PHILLIP JOWERS, | Chapter 11 |
| Debtor. _____/ | Case No. 24-13584-MAM |
| COUNSEL HOLDINGS, INC., | |
| Plaintiff, v. | Adv. Pro. No.: 24-01338-MAM |
| EVAN PHILLIP JOWERS, | |
| Defendant. _____/ | |

**NOTICE OF FILING OF MOTION FOR SETTLEMENT**

Counsel for the Debtor hereby files the required notice that a Motion for Settlement (D.E. 191 in Case No. 24-13854-MAM) that would resolve this adversary proceeding was filed in the main bankruptcy case.

Dated:   October 16, 2025        /s/ **Kristopher Aungst**
Kristopher Aungst, Esq., Attorney for Debtor
Fla. Bar # 55348
2665 S. Bayshore Dr.,
Suite 220-10
Miami, FL 33133
Telephone: 305-812-5443
Email: ka@paragonlaw.miami

**CERTIFICATE OF SERVICE**

Service of this notice was performed via BNC.

1